RECEIVED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☑ Western(Memphis) DIVISION

JUN 15 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Plaintiff, Rasheia Cooper        )
                                 )
                                 )
                                 )
                                 )
vs.                              )        No. _____
                                 )
                                 )
                                 )
                                 )
Defendant.                       )
Smith and Nephew,

COMPLAINT

1.    This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

7765 CAPITAL PEAK LANE W APT 104
_____
STREET ADDRESS

SHELBY_____, TN_____, 38125_____, 9014173822_____.
    County              State              Zip Code         Telephone Number

4. Defendant(s) resides at, or its business is located at:

1450 E BROOKS ROAD
_____
STREET ADDRESS

SHELBY_____, MEMPHIS_____, TN_____, 38116_____.
    County              City              State            Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

_____

_____

_____

_____

_____

_____

5. The address at which I sought employment or was employed by the defendant(s) is:

1450 E BROOKS ROAD
_____

STREET ADDRESS

SHELBY_____ , MEMPHIS_____ , TN_____ , 38116_____ .
  County      City      State      Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

  ☐ Failure to hire

  ☑ Termination of my employment

  ☐ Failure to promote

  ☐ Failure to accommodate my disability

  ☐ Unequal terms and conditions of my employment

  ☑ Retaliation

  ☑ Other acts *(specify)*: **SEX AND DISABILITY**_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
  APRIL 2021-AUG 2021_____ .
  Date(s)

8. I believe that the defendant(s) *(check one)*:

  ☑ is still committing these acts against me.

  ☐ is <u>not</u> still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
  *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

☐ Race_____

☐ Color_____

☑ Gender/Sex PREGANT_____

☐ Religion_____

☐ National Origin_____

☑ Disability VISION IMPAIRED_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

Train

DIDN'T WANT TO ~~TRAIN~~ ME BECAUSE I WAS PREGANT / ALSO STATED SHE WANT TO FIRE ME

EVERYTHING TOLD BARRY JACKSON AND ABIGAIL MANN .THEY TOLD HER.

SHE STARTED ACTING LIKE SHE DIDN'T WANT NO ONE TALKING TO ME

SHE TALKED ABOUT MY VISION

SHE WILL BELITTLE  ME

_____

_____

_____

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: RC

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: RC .

Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐ 60 days or more have elapsed

☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

☐ has <u>not</u> issued a Right to Sue Letter.

☑ has issued a Right to Sue letter, which I **received** on 03/17/2023 .

Date

*NOTE:* *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

☑ Yes

☐ No

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☑ direct that Defendant pay Plaintiff back pay in the amount of _50,000_ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: INSURNCE OUT OF POCKET_____

_____

SIGNATURE OF PLAINTIFF

Date: 6-15-2023_____

9776 S capital Peak Lane Apt 104
Address

Memphis TN 38125_____

901 417-3822_____
Phone Number

6

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Memphis District Office**
1407 Union Avenue, 9th Floor
Memphis, TN 38104
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/17/2023

**To:** Ms. Rasheia Cooper
7765 Capital Peak Lane Apt104
MEMPHIS, TN 38125
Charge No: 490-2021-02132

EEOC Representative and email:     ANDRES SENA
Investigator
andres.sena@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 490-2021-02132.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
03/17/2023

Edmond Sims
Acting District Director

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 490-2021-02132 to the District Director at Edmond Sims, 1407 Union Avenue 9th Floor

Memphis, TN 38104.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

Enclosure with EEOC Notice of Closure and Rights (01/22)

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For moreinformation, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br><br>490-2021-02132 |
|---|---|---|---|
| | Tennessee Human Rights Commission | | and EEOC |
| | *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.)<br><br>**Ms. Rasheia Cooper** | | Home Phone (incl. Area Code)<br><br>**(901) 417-3822** | Date of Birth |
|---|---|---|---|
| Street Address<br><br>**7765 Capital Peak Lane, Apt104** | City, State and ZIP Code<br><br>**Memphis, TN 38125** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br><br>**SMITH AND NEPHEW** | | No Employees, Members<br><br>**15 - 100** | Phone No. (Include Area Code) |
|---|---|---|---|
| Street Address<br><br>**1450 E Brooks Road** | City, State and ZIP Code<br><br>**Memphis, TN 38116** | | |

| Name | | No Employees, Members | Phone No. (Include Area Code) |
|---|---|---|---|
| Street Address | City, State and ZIP Code | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br><br>☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br><br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br><br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest            Latest<br>**03-01-2021**      **08-09-2021**<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed attach extra sheet(s)*)

I began my employment as a Quality Engineer on May 20, 2019. The company is aware of my disability and I made them aware of my pregnancy in March 2021. After Quality Manager Mary Dean became aware of my disability and pregnancy, I began to be subjected to harassment and denied training by Dean. Dean has denied me training because of my pregnancy and has belittled me because of my disability.

On about April 1, 2021, I called the Ethics Hotline and complained about dean's treatment towards me. I have also complained to the Director Abby Mannings and VP Barry Jackson about Deans discrimination towards me. After I complained, my work was scrutinized and I was ultimately discharged on August 9, 2021 for bogus reasons.

I believe I have been discriminated against because of my sex (female/pregnancy), disability and in retaliation for making a protected protest, in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act, Amendments Act (ADAAA).

RECEIVED

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>✗ 12-2-21       ✗ _(signature)_<br>Date            Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT            U.S. EEOC<br>                                     Memphis District Office<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE   Memphis, TN<br>(month, day, year) |

All parties involved:

Mary Dean -New manager

Abagail Manns – Director

Barry Jackson – Human Resource Manager

Michael Jacene – Quality Complaints VP

Complaint details!

During May 2019, I was employed as a full-time engineer in the Quality complaints department under the manager George Allen During the course of months I worked eagerly to over exceed in my job duties and took every opportunity to gain experience more stills to enhance my career. In March 2020, all employees from Quality department were transferred from on campus work site to our homes, due to the pandemic. February 2021 we were notified that we were now under new management. Mary Dean, at that time we were still working remote. Less than a month of Ms. Dean in her new role we were told we are returning on campus in March 2021. My first in person encounter with, Mary was March 2021. The first encounter with her went well, although she was extremely aggressive. Over the course of months her demeanor and character started to deteriorate rapidly. she began to make hurtful derogatory statements directly towards me. She would always make the statements loud enough were my peers/coworkers would hear. It became noticeably clear of her unlikeness to me and would intentionally try to embarrass me. One of the statements she said was "Rasheia for you to be an engineer you don't know nothing. There was also incident where a full-time employee John Pittman came to desk inquiring about an issue he was having. The question was beyond my knowledge and experience at the time. Ms. Dean overheard my reasoning and came over an took the time and opportunity to belittle me once again, she then said Rasheia you don't know anything, and this is shameful. This incident is one of the countless times. Upon my return to work I was pregnant, my Doctor directed me to incredibly careful and follow all guidelines for the health and safety of myself and the baby. I chose a work area that was in the back to keep a safe distance from my peers. Ms. Dean would repeatedly walk to my desk to intimidate me. she would ask me what I was working on. I would tell her, and she would stand over me for an extended amount of time and make gestures with her mouth. my job duties included me to examine parts and investigate the complaint. I am a vision impaired and have been since birth. Sometimes I must view at close range. All of complaints we were investigating was only on pictures through the computer. I would ask Ms. Dean could she help me find this part because she usually trashes them before we touch them. When I first started here, my old manger would hand us the actual devices. We wouldn't go by a picture. I ask her to help me so, I can do a visual inspection on hand and explained why I would need to see them. She would respond you so blind and laugh'. Every statement she would make would be so hurtful and honestly gut wrenching. Dean attitude and character towards me affected me major and when I would attend my doctor appointment It would increasingly show. All My vitals would be horrible and unhealthy. I had developed Preeclampsia when I was two months, but I was able to keep my blood pressure. But when Mary starts threatening my job and saying she didn't want no one to train me because if she let me come back, I want to remember anything. She always spoke about my appearance, she said I was ghetto because my lashes and nails were long. Ms. Dean would harass and stalk when I leave my desk. When I go to the restroom or breakroom. She will somehow end up where I'm at. After months of her behavior, I started calling the ethics hotline and make complaints. About harassment, retaliation, and hostile work environment. I made serval complaints to HR and my director, but I was told that's how Mary dean jokes, some people just don't like change. I had a meeting with Barry Jackson he wasn't interested in what I was saying. I was asking him please talk to everyone in this department about how I was target and how she treats people. He told me, if someone want to talk to him, they need to request a meeting through the GBS portal. My coworkers were scared to talk to any HR or manager because Mary is friends with our director and HR, a lot of us fear our jobs because of this. I had a meeting with Michael Janice the VP of our department. I told him what was going on with Mary. He said to me he saw the Gall surveys and they were bad and made it seem, like he understood what I was facing. But he didn't care. Before I was let go, I was told I was being investigated. August 9th I was let go and received a call from Shymi he's a HR assistant and he told me on the call that "Mary didn't retaliate towards me"

**Disability**

I am a vision impaired and have been since birth. Sometimes I must view at close range. All of complaints we were investigating was only on pictures through the computer. I would ask Ms. Dean could I she help me find this part. so, I can do a visual inspection on hand and explained why I would need to see them. She would respond you so

blind and laugh'. Every statement she would make would be so hurtful and honestly gut wrenching.

**Sex (including pregnancy, sexual orientation)**

Mary starts threatening my job and saying she didn't want no one to train me because if she let me come back, I want to remember anything. She always spoke about my appearance, she said I was ghetto because my lashes and nails were long. She also said I must be messing off with my coworker Shannon because we both took off the same days. She said that she didn't want no one to train me because I'm going to forget everything once I go on leave to have my baby.

**Retaliation**

May 4, 2021, I asked Mary can I please work on approvals because it's so many I had already. She then told me No we behind on complaints and needed to finish those first. (I was working in the old system) I said OKAY I understand. Mary told me take my computer home and do approvals that's why she pays me salary. It's mandatory I work 8-12 hours a day anyway. I said OKAY and walked out.

May 19, I had a skip level meeting with Abby, it started off good and Abby told me she like the way I think, and how I want the department to grow. Then Abby asks about management, I told her everything about Mary and how she belittles people and cursing at people and always speaking negative.

On May 20 I got an IM from Abby ask can I meet her in her office before 1 pm, before I saw that IM, I was in the restroom. I overheard Mary leaving my desk and was like, I'm never working, and I take breaks whenever I want to. I'm never at my desk and more. When she saw I heard her she just stared at me and walked off. So, when I went to Abby office, it's like everything I spoke about trying to inform my director of the bullying it's like they turned everything on me. They start speaking about my production and more saying what am I doing, it shows no work, but I always put my best foot forward to do better. I'm not perfect I have my days when I feel like I'm a waste of time and never going to be able to move up in the department, because management don't like that I spoke up for myself. It's basically retaliation going on now.

On June 8, 2021, I had a meeting with HR (Barry Jackson) He was basically not caring about what I am saying. I ask him to speak with all employees just to get a full background of the issues we are facing in the department. He never did, it's like no one cares about this department and everything we go through. We need a helping hand in this departmental not a fist. We need help to do better. Abby told HR she had a meeting with everyone. She only had a meeting with (Shannon Jennings, Kenney McCaster, George Hill (Old S&N employee) and I)

Mary will sit there and let my PTO request time out on purpose so she can find a way to get me out of this department. Abby and Mary only look at my productive a lot and no one else. (Every time They say I don't work I always have my proof and then they just sit there.

July 1, 2021

I received a called from Tamara, she asks about a complaint she is working on. I heard Mary ask what she's working on and before she answers I heard Mary say to Tamara. Rasheia been here for two years and don't know how to do anything. Then she asks Tamara did she know John was leaving. Tamara said no but is he moving up in smith and nephew. Mary said no, he's leaving smith and nephew. He's leaving one job and didn't know anything and about to go to a new job and not going to know nothing either. She didn't know John was still at his desk. John stood up and said "He's still here "That's when Mary, tried to change up her words and going to say, you going to wait until you get good then leave us. "But it was too late he heard everything. (John Pittman put this in his exit interview)

July- August 2021

They were trying to say I change work on the system, but you can't change anything. only admin can.

Witness, I can't say what they will say. But they just knew she didn't like me

Johnna Morgan, 9012627502

Sharee Bell, 9013649161

Brooks Miller, 9018469054

Tamara Walton, 9013959469

Denise heard, 9012879020

Kenney MaCaster 9012100110